**Order entered June 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00126-CV

**SHEIK TEHUTI, Appellant**

**V.**

**TRANS-ATLAS FINANCIAL, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-13-06496-C**

## ORDER

We **DENY** appellant's June 6, 2014 "Writ of Operation of Law / Motion to Consolidate

and Motion for Annexed Brief."


/s/     ADA BROWN
            JUSTICE